

## COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 4, 2015

John J. McKetta III
PO Box 98
Austin, TX 78767-0098

S. Mark Murray
Union Square II
10001 Reunion Place, Suite 640
San Antonio, TX 78216

Katharyn Ann Grant
Norton Rose Fulbright
300 Convent St., Ste. 2100
San Antonio, TX 78205

Saul H. Perloff
Norton Rose Fulbright
300 Convent St, Suite 2100
San Antonio, TX 78205-3730

Rosemarie Kanusky
Norton Rose Fulbright
300 Convent St Ste 2100
San Antonio, TX 78205

RE: Court of Appeals Number:  04-14-00267-CV
    Trial Court Case Number:  2013-CI-17463
    Style:  Diathegen, LLC v. Phyton Biotech, Inc., Phyton Biotech, LLC, Phyton Biotech, GmbH

Dear Counsel:

The above cause has been set for formal submission and oral argument before this Court on April 22, 2015, at 2:00 PM, before a panel consisting of Justice Patricia O. Alvarez, Justice Luz Elena D. Chapa, and Justice Jason Pulliam.

Argument is limited to twenty (20) minutes to each side with ten (10) minutes rebuttal. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

Very truly yours,

Patricia O. Alvarez, Justice